MARTIN F. SHEA et al., as Executors of WILLIAM J. SHEA, Deceased, Respondents, *v.* ATLANTIC BEACH HOMES CORPORATION, Appellant.

Argued January 11, 1943; decided February 25, 1943.

*Otto C. Sommerich, Maxwell C. Katz* and *Elvin N. Edwards* for appellant.

*Thomas E. Shea* for respondents.

Judgment affirmed with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.